In the Matter of the Application of the CITY OF ROCHESTER, Appellant, to Acquire Certain Lands in the Town of Livonia Belonging to SARAH BARNES et al., Respondents.

*Matter of City of Rochester*, 184 App. Div. 369, affirmed.

(Argued October 1, 1918; decided November 12, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1918, which reversed an order of Special Term appointing commissioners of appraisal in condemnation proceedings and dismissed the proceedings instituted under the provisions of the charter of the city of Rochester (L. 1907, ch. 755). The Appellate Division dismissed the proceedings on the ground that the provision of the statute requiring that one of the commissioners should be a resident and freeholder of the city of Rochester was unconstitutional.

*B. B. Cunningham, Corporation Counsel,* for appellant.

*Fred A. Robbins, Charles Ward* and *Charles D. Newton* for respondents.

Order affirmed, with costs, on the authority of *Matter of City of Rochester* (*Town of Canadice*) (224 N. Y. 386).

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.